UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS MOJICA,<br><br>        Petitioner,<br><br> -against-<br><br>FEDERAL BUREAU OF PRISONS,<br><br>        Respondent. | 1:22-CV-5608 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 14, 2022, denying this petition for a writ of *habeas corpus* without prejudice,

  IT IS ORDERED, ADJUDGED AND DECREED that this petition is denied without prejudice to the pending action under docket number 1:22-CV-5526 (LTS). Because this petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253

  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 14, 2022
    New York, New York

              /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge